ORIGINAL



FILED
06/02/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0387

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0387

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MARGO ALLISON STURTS,

    Defendant and Appellant.

**FILED**

JUN 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Margo Allison Sturts filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Sturts was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Sturts's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 2 day of June, 2020.

_____
Chief Justice

_James Jeremiah Shannon_

_Beth Baker_

_Orth M. Sullivan_

_Asigial Haustoff_

_Jim Rice_
Justices